1  BARRY J. PORTMAN
   Federal Public Defender
2  HILARY A. FOX
   Assistant Federal Public Defender
3  555 12th Street, Suite 650
   Oakland, CA 94607
4  Tel: (510) 637-3500
   Counsel for Defendant KING

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | No. CR 06-00105-CW |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER |
| v. | ) | CONTINUING HEARING DATE |
| | ) | AS MODIFIED |
| JUSTIN KING, | ) | |
| | ) | Date: March 13, 2006 |
| Defendant. | ) | Time: 2:00 p.m. |
| | ) | Court: Hon. Claudia Wilken |
| | | U.S. District Court |

This matter is currently set for status on Monday, March 13, 2006, at 2:00 p.m. This will be defendant's first appearance before this Court. On March 9, the government produced to defendant substantial discovery materials, including several compact discs. The government has also indicated that additional police reports and other discovery remain outstanding and that this investigation is ongoing. In order to afford defendant an opportunity to review the new discovery and to receive and review the additional discovery that will be provided shortly, the parties submit this stipulation jointly to request that the hearing scheduled for Monday be vacated and the hearing continued to Monday, April 10, 2006, at 2:00 p.m. (Defense counsel will be out of the office from March 31 until April 5, and the parties agree that setting the hearing in advance of March 31 will not afford defendant sufficient time to review the new and anticipated discovery with counsel and

STIP AND ORD CONT DATE                    - 1 -

1 adequately prepare).

2 The parties further stipulate and agree that the time between March 13 and April 10, 2006, 3 should be excluded for purposes of the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(A) and (B), in 4 order to afford defense counsel adequate time to receive and review discovery and to conduct 5 investigation prior to the parties' next appearance.

6 SO STIPULATED.

7 Dated: March 9, 2006

8 HILARY A. FOX
Attorney for Defendant King

9 SO STIPULATED.

10 Dated: March 10, 2006

11 ALICIA FENRICK
Assistant United States Attorney

**SIGNATURE ATTESTATION**

I hereby attest that I have on file all holograph signatures indicated by a "conformed" signature ("/S/") within this efiled document.

**ORDER**

Good cause appearing therefore, and pursuant to defendant Justin King's stipulation, it is hereby ORDERED that the hearing currently scheduled for March 13, 2006, at 2:00 p.m. is vacated and re-scheduled for Monday, **April 17**, at 2:00 p.m.  It is further ORDERED that the time from March 13 through April 10 shall be excluded for purposes of the Speedy Trial Act, 18 U.S.C. §3161(h)(8)(A) and (B)(iv).  The Court finds, based on the stipulation of the parties, that the ends of justice served by this exclusion of time outweigh the interests of the public and the defendant in a speedy trial.

IT IS SO ORDERED.

Dated: March 13, 2006

CLAUDIA WILKEN
United States District Court

STIP AND ORD CONT DATE                - 2 -