IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>   v.<br><br>JUSTIN CHRISTOPHER KING,<br><br>            Defendant. | No. CR 06-00105-CW (WDB)<br><br>ORDER |

It is hereby ORDERED that defendant's Materials in Support of Request for Pretrial Release, dated April 12, 2006, shall be filed under seal. The Court finds that sealing is appropriate because these materials contain personal information regarding the defendant's mental health.

DATED:  April 13, 2006

IT IS SO ORDERED
*Wayne D. Brazil*
Judge Wayne D. Brazil

_____
WAYNE D. BRAZIL
United States Magistrate Judge