# United States District Court

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**FILED**
DEC 13 2006
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Docket Number: CR 06-00105-1 CW |
| vs. ) | |
| Justin C. King ) | |

## ORDER CONTINUING DATE OF JUDGMENT AND SENTENCE

ON MOTION OF THE PROBATION OFFICER and good cause appearing, it is hereby ordered that the judgment and sentence originally set for ___December 18, 2006___ be continued until ___February 5, 2007___ at ___2:00 p.m.___ ✓.

Date: 12/13/06

Claudia Wilken
United States District Judge

NDC-PSR-009 12/06/04